UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

RALPH B. UTLEY, Executor
ESTATE OF LEO LAMONT UTLEY
133 11th Street, NE
Washington, DC  20002
706-951-7191

VS.

U.S. ATTORNEY GENERAL
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

FEDERAL BUREAU OF PRISONS
320 First Street, NW
Washington, DC  20534

U.S. ATTORNEY for the DISTRICT of COLUMBIA
501 Third Street, NW
Washington, DC 20001

Case: 1:08-cv-01182
Assigned To : Huvelle, Ellen S.
Assign. Date : 7/8/2008
Description: PI/Malpractice

## COMPLAINT

1. This action arises under the Federal Torts Claim Act.

2. Ralph B. Utley (Plaintiff) is the duly appointed and authorized Executor of the Estate of Leo Lamont Utley. He is a resident of the District of Columbia and the State of Georgia. The wrongful death of Leo Lamont Utley occurred in the state of Oklahoma, while under the protection of the Department of Justice and the Federal Bureau of Prisons (Defendants).

3. On December 25, 2005, The Defendants negligently caused and/or contributed to the wrongful death of Leo Lamont Utley.

4. On December 21, 2007 J. Pete Theodocion, Attorney, mailed a Notice of Claim to the US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC and to the Federal Bureau of Prisons, South Central Region Office, 4211 Cedar Springs Road, Suite 300, Dallas Texas.

5. On January 9, 2008, Regional Counsel for the Federal Bureau of Prisons, South Central Office (Regional Counsel) notified Attorney Theodocion, By Certified Mail, that the Defendant could "not accept the administrative claim notice since it was filed beyond the two-year statute of limitations". The Regional Counsel indicated that because the basis for the claim had occurred on December 25, 2005 and that the Notice was not presented until December 26, 2007, the Claim (Administrative Tort Claim TRT-SCR-2008-01649) was denied.

6. The Regional Counsel erroneously computed the due date of the Notice of Claim. In fact, because the purported due date occurred on Christmas Day, a federal holiday, the operative date was December 26, 2007 by which time the Notice of Claim was received as indicated by the Regional Counsel

**WHEREFORE,** Plaintiff requests that this court enter an Order directing the Federal Bureau of Prisons to accept the Notice of Claim regarding Leo Lamont Utley (Administrative Tort Claim TRT-SCR-2008-01649) as timely filed and proceed with the administrative processing of the claim.

Ralph B. Utley, Executor
RALPH B. UTLEY, EXECUTOR
133 11TH STREET, NE
WASHINGTON DC 20002
706-951-7191



**U.S. Department of Justice**

Federal Bureau of Prisons

*South Central Regional Office*

---

4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

**CERTIFIED MAIL**

JAN 0 9 2008

J. Pete Theodocion, P.C.
Attorney at Law
507 Walker Street
Augusta, GA 30901

Re:  Administrative Tort Claim TRT-SCR-2008-01649
     UTLEY, Leo Lamont, Reg. No. 12524-021

Dear Mr. Theodocion:

This office received your letter dated December 21, 2007, on December 26, 2007, wherein you indicate you are filing a claim under the Federal Tort Claims Act on behalf of the estate of Leo Lamont Utley.

Title 28, United States Code Section 2401(b), provides that tort claims against the United States must be submitted to the appropriate Federal agency within two years of when the claim occurred. You indicate in your claim submission the incident forming the basis of your claim occurred on December 25, 2005. However, the claim was not presented until December 26, 2007. Consequently, we cannot accept your administrative claim since it was filed beyond the two-year statute of limitations, and your claim is denied.

If you are dissatisfied with this decision, you have six months from the date of mailing of this denial in which to bring suit in the appropriate U.S. District Court, should you wish to do so.

Sincerely,

for Jason A. Sickler
Regional Counsel

JAS/jw

**08 1182**

**FILED**

JUL - 8 2008

Clerk, U.S. District and
Bankruptcy Courts

**J. Pete Theodocion, P.C.**
ATTORNEY AT LAW
507 WALKER STREET
AUGUSTA, GEORGIA 30901

TELEPHONE 706-722-3000
FACSIMILE 706-722-3006

December 21, 2007

United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

United States Department of Justice
Federal Bureau of Prisons
South Central Regional Office
4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

Re:   **Notice of Claim Under Federal Tort Claims Act**

Dear Sirs:

On behalf of the Estate of Leo Lamont Utley, a claim is hereby made for damages under the Federal Tort Claims Act for his wrongful death occurring on or about December 25, 2005 in the Federal Transfer Center located in Oklahoma City, Oklahoma. It is alleged that Mr. Utley's death was caused in whole or in part by the intentional actions and/or the negligence of B.O.P. personnel, and that damages are owed the estate of the deceased of an amount to be determined once a full disclosure of the facts and circumstances of his death are made by the Government.

With kindest regards I remain,

Sincerely yours,

*J. Pete Theodocion* (signature)

J. Pete Theodocion

J. PETE THEODOCION, P.C.
ATTORNEY AT LAW
507 WALKER STREET
AUGUSTA, GEORGIA 30901

TELEPHONE 706-722-3000
FACSIMILE 706-722-3006

December 21, 2007

United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

United States Department of Justice
Federal Bureau of Prisons
South Central Regional Office
4211 Cedar Springs Road, Suite 300
Dallas, Texas 75219

    Re:    **Notice of Claim Under Federal Tort Claims Act**

Dear Sirs:

On behalf of the Estate of Leo Lamont Utley, a claim is hereby made for damages under the Federal Tort Claims Act for his wrongful death occurring on or about December 25, 2005 in the Federal Transfer Center located in Oklahoma City, Oklahoma. It is alleged that Mr. Utley's death was caused in whole or in part by the intentional actions and/or the negligence of B.O.P. personnel, and that damages are owed the estate of the deceased of an amount to be determined once a full disclosure of the facts and circumstances of his death are made by the Government.

With kindest regards I remain,

Sincerely yours,

*J Pete ΛΛ*

J. Pete Theodocion

JS-44
Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ralph Bernard Utley | US Department of Justice US Attorney General, ETAL |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001 (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TR... |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) 133 11th Street, N.E. W.D.C. 20002 706.951.7191 | AT... Case: 1:08-cv-01182 Assigned To : Huvelle, Ellen S. Assign. Date : 7/8/2008 Description: PI/Malpractice |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒1 | ☒1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
☐ 410 Antitrust

☒ **B.** *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☒ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☒ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

③

| 2255<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | Discrimination<br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ACT<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | J. Student Loan<br>☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA*<br>*(non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights*<br>*(non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title 28 USC Section 2401(b) Notice of Claim was denied by Bureau of Prisons

**II. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND: ☐ YES  ☒ NO

**III. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 7/8/2008   SIGNATURE OF ATTORNEY OF RECORD  *Ralph B. Utley*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

s\js-44.wpd