# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH B. UTLEY, Executor,** ) <br> **ESTATE OF LEO LAMONT UTLEY** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **U.S. ATTORNEY GENERAL,** ) <br> ) <br> and ) <br> ) <br> **FEDERAL BUREAU OF PRISONS,** ) <br> ) <br> and ) <br> ) <br> **U.S. ATTORNEY FOR THE DISTRICT OF** ) <br> **COLUMBIA,** ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 08-1182 (ESH)** |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Michelle N. Johnson as counsel for the federal government defendants in the above-captioned matter.

Respectfully submitted,

  /s/ Michelle N. Johnson
MICHELLE N. JOHNSON, D.C. BAR # 491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7139 (telephone)

                    (202) 514-8780 (facsimile)
                    Michelle.Johnson@usdoj.gov

                    COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2008, the foregoing Praecipe was served via first class, postage pre-paid mail on:

Mr. Ralph B. Utley, Executor
133 11th Street, NE
Washington, DC 20002

_____//s/_____
MICHELLE N. JOHNSON
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia